UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ALEKSEY GRAPOV,

                                    Plaintiff,

v.

JEUNESSE GLOBAL HOLDINGS LLC,

                                    Defendant.

Case No.: 3:17-CV-2288-CAB-AGS

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

On November 13, 2017, this Court ordered Defendant Jeunesse Global Holdings LLC ("Jeunesse") to show cause on or before November 22, 2017, why this matter should not be remanded for lack of subject matter jurisdiction. [Doc. No. 4.] Specifically, the Court was concerned whether there is complete diversity among the parties. On November 22, 2017, Defendant Jeunesse filed its response to the order to show cause. [Doc. No. 6.] Plaintiff was given until November 29, 2017, to also file a response, but as of the date of this Order, has not submitted any authority or evidence to assist the Court in determining whether subject matter jurisdiction exists.

Upon consideration of Defendant's response, the Court is satisfied that it has jurisdiction over this dispute. In its response, Defendant Jeunesse provided a declaration attesting that: (1) it is wholly-owned by a single member, Jeunesse, LLC, which is a Florida LLC with its principal place of business in Florida; (2) Jeunesse LLC has two members

Market Q, Inc., and LOKS, LLC. Market Q, Inc., is a corporation incorporated in Florida with its principal place of business in Seminole County, Florida. LOKS, LLC is a Florida limited liability company with its principal place of business in Seminole County, Florida; (3) LOKS, LLC is owned by two members, the Robert D. Dawson Irrevocable Dynasty Trust and Robert D. Dawson. Mr. Dawson, who is also the trustee of the trust, is domiciled in Florida and the minor beneficiaries of the trust are domiciled in Florida. [Doc. No. 7-1, at ¶¶ 3-4.] Plaintiff is a citizen of the state of California. [Doc. No. 1-2 at ¶ 2.] Accordingly, the Court finds that complete diversity of citizenship exists between the parties. *See Johnson v. Columbia Preps. Anchorage, LP*¸ 437 F.3d 894, 899 (9th Cir. 2006) ("for diversity purposes a limited liability company is "a citizen of every state of which its owners/members are citizens."); *see also Americold Realty Trust v. Conagra Foods, Inc.,* 136 S. Ct. 1012, 1016 (2016) (trusts are not corporations, therefore "when an artificial entity is sued in *its* name, it takes the citizenship of each of its members."). Consequently, the Court ORDERS that the Order to Show Cause issued on November 13, 2017, is hereby **DISCHARGED**.

It is **SO ORDERED**.

Dated: December 1, 2017

_____
Hon. Cathy Ann Bencivengo
United States District Judge